AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-cv-00376-WHR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Mike Kroetz

was received by me on *(date)*   3-24-15   .

☑ I personally served the summons on the individual at *(place)*   Residence

_____   on *(date)*   3-29-15   ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Kevin Allen     Process Server
*Printed name and title*


675 Virginia ave  45005
*Server's address*

Additional information regarding attempted service, etc:

3281349

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,
                                              Plaintiff,      |

                                                         VS.              |

                                                                                  |  Court No.:  3:14-cv-00376-WHR

MIKE KROETZ,
                                             Defendant.    |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, <u>Kevin Allen</u>, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 . Following are the results of my efforts to serve process in the above captioned case:

Type of Process: <u>Summons in a Civil Action and Amended Complaint-Action for Damages for Property Rights Infringement with Exhibits A and B</u>

Defendant to be served:  <u>Mike Kroetz</u>

ADDRESS WHERE ATTEMPTED OR SERVED:   <u>77 Lammers Avenue, Dayton, OH, 45459</u>

I **SERVED** the within named defendant on:  <u>3/29/2015 12:50 PM</u>

**X INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that he/she resides at the above address.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** <u>37</u> **Gender:** <u>Male</u> **Race:** <u>Hispanic</u> **Height:** <u>5-10</u> **Weight:** <u>151-175</u> **Hair:** <u>Black</u> **Eyes:** <u>Brown</u>

**MILITARY** <u>No</u>

Additional Comments:
This is the defendant's usual place of abode.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on <u>4 / 3 / 15</u>

_____
Signature of Process Server

Kevin Allen
Printed Name
Process Server
Title



_____
Notary Public

**BETHANY M. HUFFMAN**
Notary Public. State of Ohio
My Commission Expires Jan. 28, 2020

Page 1 of 1  File Number: SOH137-1
Reference Number: 3281349
Case Number: 3:14-cv-00376-WHR
Doc Generated: 04/01/2015 01:29:28:637 PM

597799_3281349_0_23_V4